**Warren M. WALKER et al., Appellants, v. CALLING ALL GIRLS, Inc., et al.**

No. 14250.

United States Court of Appeals Eighth Circuit.

April 24, 1951.

Claude A. Fishburn and Al. Mendelson, Kansas City, Mo., for appellants.

Paul R. Stinson, Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellants.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. GRACE COMPANY, Respondent. International Ladies' Garment Workers' Union, Intervener.**

No. 14107.

United States Court of Appeals Eighth Circuit.

April 12, 1951.

David P. Findling, Associate Gen. Counsel, National Labor Relations Board, A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, and Mozart G. Ratner, Attorney, National Labor Relations Board, all of Washington, D. C., for petitioner.

Burr S. Stottle and Robert J. Ingraham, Kansas City, Mo., for respondent.

Clif Langsdale, Kansas City, Mo., for intervener International Ladies' Garment Workers' Union.

In accordance with opinion of this Court filed September 13, 1950, reported in 184 F.2d 126, the National Labor Relations Board reported that the Clinton, Missouri, plant of respondent appears to have been permanently closed, and upon considera-tion of suggestion of petitioner that Court consider petition for enforcement as withdrawn without prejudice and suggestion of respondent that petition be denied, ordered by the Court that petition of the National Labor Relations Board for enforcement of its Order is denied.